934 A.2d 1150

**Wanda DITCH, Administratix of the Estate
of Catherine S. Verdier, Petitioner,**

v.

**WAYNESBORO HOSPITAL, Respondent.**

Supreme Court of Pennsylvania.

Oct. 10, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of October, 2007, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by petitioner are:

(1) Whether a certificate of merit must be filed within 60 days of the filing of the original complaint, notwithstanding the filing of preliminary objections and/or an amended complaint?

(2) Whether the complaint and the amended complaint raise a professional negligence claim which requires the filing of a certificate of merit?